**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARVIN CUTCHINS and RAY CHARLES, JR., <br><br> Plaintiffs <br><br> v. <br><br> LIBERTY MEDIA CORPORATION, et al., <br><br> Defendants | Case No.: 2:24-cv-00048-APG-EJY <br><br> **Order Striking Certificate of Interested Parties** |

I ORDER that defendants Liberty Media Corporation and Las Vegas Grand Prix, Inc.'s certificate of interested parties (ECF No. 8) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of these defendants as required by the amendment to that rule.

I FURTHER ORDER these defendants to file a proper certificate of interested parties by January 31, 2024.

DATED this 9th day of January, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE