J. COLBY WILLIAMS (5549)
jcw@cwlawlv.com
PHILIP R. ERWIN (11563)
pre@cwlawlv.com
CAMPBELL & WILLIAMS
710 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

DAVID MARROSO (CA Bar No. 211655)*
dmarroso@omm.com
ESTEBAN RODRIGUEZ (CA Bar No. 268789)*
esrodriguez@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Eighth Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

* *pro hac vice applications pending*

*Attorneys for Defendants*
*Liberty Media Corporation and*
*Las Vegas Grand Prix, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARVIN CUTCHINS, individually; RAY CHARLES, JR., individually, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MEDIA CORPORATION d/b/a FORMULA ONE HEINKEN SILVER LAS VEGAS GRAND PRIX, a foreign corporation; TAB CONTRACTORS, INC., a domestic corporation; LAS VEGAS GRAND PRIX, INC., a corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive, <br><br> Defendant. | Case No. 2:24-cv-00048-APG-EJY <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> **(First Request)** |

Pursuant to Local Rule IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Plaintiffs and Defendants Liberty Media Corporation ("Liberty") and Las Vegas Grand Prix, Inc. ("LVGP") hereby STIPULATE to extend the time for Defendants to answer or move in response to Plaintiffs' complaint. Defendants' current deadline to answer or move in response to the complaint is January 19, 2024. If approved, Defendants' new deadline will be February 2, 2024.

The reason for the requested extension is that Liberty is a defendant in a related case. *See Raddue, et al. v. Liberty Media Corporation, et al.*, Case No. 2:23-cv-02124-GMN-EJY. Liberty filed a notice of related cases in both actions on January 5, 2024, *see Raddue*, ECF No. 13; *Cutchins* ECF No. 7, wherein it advised of the potential the cases could be consolidated. Indeed, Plaintiffs' counsel in *Raddue* have now advised Liberty and LVGP's counsel that they intend to file a motion to consolidate this action with *Raddue* during the week of January 15, 2024. Liberty and LVGP's counsel contacted Plaintiffs' counsel in this case to discuss the related cases, the potential for consolidation, and related matters to promote efficiency between the cases and judicial economy. Because a portion of Plaintiffs' legal team is currently out of the country until January 23, 2024, Plaintiffs are unable to take a position on consolidation and the related issues at this time. Without prejudicing Plaintiffs' positions on these matters, the parties did agree to a two-week extension of time for Defendants to answer or respond to the complaint. The extension will permit the rest of Plaintiff's legal team to return to the office and evaluate these issues, after which the parties can again meet and confer about the best way to proceed.

This is the first stipulation to extend the subject deadline.  The parties submit that the request is made in good faith and not for purposes of delay.

DATED this 16th day of January, 2024.

| IVIE McNEILL WYATT PURCELL & DIGGS | CAMPBELL & WILLIAMS |
|---|---|
| By */s/ Victoria L. Hightower* <br>    Victoria L. Hightower (10897) <br> vhightower@imwlaw.com <br> Cheryl H. Wilson (8312) <br> cwilson@imwlaw.com <br> 7455 Arroyo Crossing, Suite 220 <br> Las Vegas, NV 89113 | By */s/ J. Colby Williams* <br>    J. Colby Williams (5549) <br> jcw@cwlawlv.com <br> 710 South Seventh Street <br> Las Vegas, Nevada 89101 |
| IVIE McNEILL WYATT PURCELL & DIGGS <br> Rodney S. Diggs (12729) <br> rdiggs@imwlaw.com <br> 444 South Flower Street, 18th Floor <br> Los Angeles, CA 90071 <br><br> *Attorneys for Plaintiffs* | O'MELVENY & MYERS, LLP <br> David Marroso (*phv pending*) <br> dmarroso@omm.com <br> Esteban Rodriguez (*phv pending*) <br> esrodriguez@omm.com <br> 1999 Avenue of the Stars, 8th Floor <br> Los Angeles, CA 90067-6035 <br><br> *Attorneys for Defendants* <br> *Liberty Media Corporation and* <br> *Las Vegas Grand Prix, Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 16, 2024