# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARVIN CUTCHINS, et al., | Case No.: 2:24-cv-00048-APG-EJY |
| Plaintiffs | **Order Reassigning Case** |
| v. | |
| LIBERTY MEDIA CORPORATION, et al., | |
| Defendants | |

Under Local Rule 42-1(a), the assigned judges have determined that this action should be reassigned to United States District Judge Gloria M. Navarro because it is related to *Raddue, et al. v. Liberty Media Corporation, et al.*, 2:23-cv-02124-GMN-NJK, as both actions are proposed class action complaints arising out of the F1 practice run event on November 16, 2023 in Las Vegas.

IT IS THEREFORE ORDERED that *Cutchins, et al. v. Liberty Media Corporation, et al.*, 2:24-cv-00048-APG-EJY is reassigned to Judge Gloria M. Navarro for all further proceedings.

DATED this 19th day of March, 2024.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE